| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | William T Doody | | |
| Debtor 2 (Spouse, if filing) | Donna M Doody | | |
| United States Bankruptcy Court for the : Northern | | District of | Illinois (State) |
| Case number | 15-38748 | | |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

**Court claim no.** (if known):   N/A

**Last four digits** of any number you use to identify the debtors' account:   XXXXXX5052

**Date of payment change:**
Must be at least 21 days after date of this notice    4/1/2017

**New total payment:**
Principal, interest, and escrow, if any    $2,318.37

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**   $ 1,000.85        **New escrow payment :**   $ 1,045.54

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate note?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

   **Current interest rate:**   %        **New interest rate:**   %
   **Current principal and interest payment:**   $ _____        **New principal and interest payment:**   $ _____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**   $ _____        **New mortgage payment:**   $ _____

Official Form 410S1             Notice of Mortgage Payment Change             page 1

| Debtor 1 | **William T Doody** | Case number *(if known)* <u>15-38748-PSH</u> |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
❋ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X <u>/s/Dana   O'Brien</u>                              Date <u>3/8/2017</u>
   Signature

Print:   <u>Dana</u>                    <u>O'Brien</u>            Title   <u>Bankruptcy Attorney</u>
    First Name    Middle Name    Last Name

Company   <u>McCalla Raymer Leibert Pierce, LLC, Attorney for Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America</u>

Address   <u>1 N. Dearborn Suite 1200</u>
    Number    Street
<u>Chicago</u>              <u>IL</u>              <u>60602</u>
City              State              ZIP Code

Contact phone   (312) 348-9088 X5188              Email   Dana.OBrien@mccalla.com

In RE: William T. Doody & Donna M. Doody

Bankruptcy Case No.:    15-38748

Chapter:    13

# CERTIFICATE OF SERVICE

I, Dana   O'Brien, of McCalla Raymer Leibert Pierce, LLC, 1 North Dearborn, Suite 1200, Chicago, IL 60602, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

William T Doody
113 Della Lane
Oswego, IL 60543

Donna M Doody
113 Della Lane
Oswego, IL 60543

Chad M. Hayward                                     (*served via ECF Notification*)
The Law Offices of Chad M. Hayward, P.C.
50 South Main
Suite 200
Naperville, IL 60540

Glenn B Stearns, Trustee                            (*served via ECF Notification*)
801 Warrenville Road
Suite 650
Lisle, IL 60532

*U.S. Trustee*                                      (*served via ECF Notification*)
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    3/8/2017        By:    /s/Dana   O'Brien
                (date)                 Dana   O'Brien
                                       Illinois BAR No. 6256415
                                       Attorney for Seterus, Inc., as authorized subservicer for
                                       Federal National Mortgage Association ("Fannie Mae"), a
                                       corporation organized and existing under the laws of the
                                       United States of America

**seterus**™
PO Box 1077
Hartford, CT 06143-1077

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

WILLIAM T DOODY
DONNA M DOODY
C/O CHAD M. HAYWARD
205 W RANDOLPH ST STE 1310
CHICAGO IL 60606-1815

L913

## ESCROW ACCOUNT STATEMENT

Analysis Date: 02/24/17
Loan Number:

| Current Payment | | New Payment Effective 04/01/17 | |
|---|---|---|---|
| Principal and Interest | $1,272.83 | Principal and Interest* | $1,272.83 |
| Escrow | $1,000.85 | Escrow | $1,045.54 |
| Total Current Payment | $2,273.68 | Total NEW Payment* | $2,318.37 |

* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on November 13, 2015. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS April 2017 to March 2018 | |
|---|---|
| COUNTY | $10,428.86 |
| HAZARD INS | $2,117.69 |
| **Total Disbursements** | **$12,546.55** |

Bankruptcy File Date: November 13, 2015

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date: $0.00

*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

**Beginning balance = Starting balance less any unpaid escrow disbursements

ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $15,449.11 |
| Post Petition Beg Bal* | | | | $15,449.11 |
| Surplus Refund | | | | $8,130.26 |
| **Date** | | | | |
| 04/01/2017 | 1,045.54 | 0.00 | | 8,364.39 |
| 05/01/2017 | 1,045.54 | 5,214.43- | COUNTY | 4,195.50 |
| 06/01/2017 | 1,045.54 | 0.00 | | 5,241.04 |
| 07/01/2017 | 1,045.54 | 0.00 | | 6,286.58 |
| 08/01/2017 | 1,045.54 | 5,214.43- | COUNTY | 2,117.69 |
| 08/01/2017 | 0.00 | 2,117.69- | HAZARD INS | 0.00 |
| 09/01/2017 | 1,045.54 | 0.00 | | 1,045.54 |
| 10/01/2017 | 1,045.54 | 0.00 | | 2,091.08 |
| 11/01/2017 | 1,045.54 | 0.00 | | 3,136.62 |
| 12/01/2017 | 1,045.54 | 0.00 | | 4,182.16 |
| 01/01/2018 | 1,045.54 | 0.00 | | 5,227.70 |
| 02/01/2018 | 1,045.54 | 0.00 | | 6,273.24 |
| 03/01/2018 | 1,045.54 | 0.00 | | 7,318.78 |
| **Total** | **$12,546.48** | **$12,546.55-** | | |

The projected beginning balance of your escrow account is $15,449.11. Your required beginning balance according to this analysis should be $7,318.85. This means you have a surplus of $8,130.26. Since your loan is 30 days or more delinquent, the surplus amount will remain in your escrow account. If you reinstate or bring your loan current, we will conduct a new escrow analysis within 90 days. If your loan is current and there is a surplus at that time, we will send you a refund for that amount.

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $0.00.

# ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from May 2016 to March 2017. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

## ACTUAL ESCROW ACCOUNT HISTORY

| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | $8,470.19 | $6,670.47- |
| Date | | | | | | | |
| 05/01/16 | 1,058.78 | 1,000.85 * | 5,299.85- | 5,214.43- * | COUNTY | 4,229.12 | 10,884.05- |
| 06/01/16 | 1,058.78 | 2,001.70 * | 0.00 | 0.00 | | 5,287.90 | 8,882.35- |
| 07/01/16 | 1,058.78 | 2,001.70 * | 0.00 | 2,117.69- * | HAZARD INS | 6,346.68 | 8,998.34- |
| 08/01/16 | 1,058.78 | 1,000.85 * | 5,299.85- | 5,214.43- * | COUNTY | 2,105.61 | 13,211.92- |
| 08/01/16 | 0.00 | 0.00 | 2,105.61- | 0.00 * | HAZARD INS | 0.00 | 13,211.92- |
| 09/01/16 | 1,058.78 | 2,001.70 * | 0.00 | 0.00 | | 1,058.78 | 11,210.22- |
| 10/01/16 | 1,058.78 | 1,000.85 * | 0.00 | 0.00 | | 2,117.56 | 10,209.37- |
| 11/01/16 | 1,058.78 | 2,001.70 * | 0.00 | 0.00 | | 3,176.34 | 8,207.67- |
| 12/01/16 | 1,058.78 | 1,000.85 * | 0.00 | 0.00 | | 4,235.12 | 7,206.82- |
| 01/01/17 | 1,058.78 | 1,000.85 * | 0.00 | 0.00 | | 5,293.90 | 6,205.97- |
| 02/01/17 | 1,058.78 | 20,596.30 * | 0.00 | 0.00 | | 6,352.68 | 14,390.33 |
| 03/01/17 | 1,058.78 | 0.00 | 0.00 | 0.00 | | 7,411.46 | 14,390.33 |
| **Total** | **$11,646.58** | **$33,607.35** | **$12,705.31-** | **$12,546.55-** | | | |

* indicates a difference from a previous estimate either in the date or the amount.
** indicates escrow payment made during a period where the loan was paid ahead.

**NOTE –** This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

INTERNET REPRINT