IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| WILLIAM T DOODY AND DONNA M DOODY | ) | NO. 15-38748 |
| | ) | |
| DEBTORS | ) | Chapter 13 |
| | ) | |
| | ) | Judge: Pamela S. Hollis |

## WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

COMES NOW Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America and withdraws the Response to Notice of Final Cure Payment stating as follows:

Seterus, Inc., as authorized subservicer for Fannie Mae inadvertently docketed a Notice of Mortgage Payment Change as a Response to Notice of Final Cure Payment on March 8, 2017 as docket number 51. The Notice of Mortgage Payment Change was correctly filed on March 9, 2017 as evidenced on the Claims Register.

This 22nd day of June 2017.

/s/Kinnera Bhoopal
Kinnera Bhoopal
ARDC#6295897
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1 North Dearborn, Suite 1200
Chicago, Illinois 60602
Phone: (312)346-9088

In RE: William T. Doody & Donna M. Doody

Bankruptcy Case No.:   15-38748

Chapter:   13

CERTIFICATE OF SERVICE

I, /ss/, of McCalla Raymer Leibert Pierce, LLC, 1 North Dearborn, Suite 1200, Chicago, IL 60602, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within NOTICE OF WITHDRAWAL RESPONSE TO NOTICE OF FINAL CURE PAYMENT filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

William T Doody
113 Della Lane
Oswego, IL 60543

Donna M Doody
113 Della Lane
Oswego, IL 60543

Chad M. Hayward                                   (*served via ECF Notification*)
The Law Offices of Chad M. Hayward, P.C.
50 South Main
Suite 200
Naperville, IL 60540

Glenn B Stearns, Trustee                          (*served via ECF Notification*)
801 Warrenville Road
Suite 650
Lisle, IL 60532

*U.S. Trustee*                                    (*served via ECF Notification*)
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   /sd/           By:   /s/Kinnera Bhoopal
                (date)              /Kinnera Bhoopal
                                    ARDC#6295897
                                    Attorney for Seterus, Inc., as authorized subservicer for
                                    Federal National Mortgage Association ("Fannie Mae"), a
                                    corporation organized and existing under the laws of the
                                    United States of America